# Third District Court of Appeal

## State of Florida

Opinion filed March 31, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0399
Lower Tribunal No. F22-23158
_____

**Nathaniel Brown,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Carlos J. Martinez, Public Defender, and Jennifer Thornton, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before SCALES, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Guzman v. State</u>, 214 So. 3d 625, 632 (Fla. 2017) (holding that a ruling on a motion for mistrial is reviewed for an abuse of discretion); <u>Ward v. State</u>, 306 So. 3d 1004, 1007 (Fla. 3d DCA 2020) ("The trial court should not grant a motion for mistrial merely because an error is prejudicial. Rather, the lower court should grant a mistrial only when 'an error is so prejudicial as to vitiate the entire trial[.]'" (citation omitted) (quoting <u>Jennings v. State</u>, 124 So. 3d 257, 265 (Fla. 3d DCA 2013))); <u>Granados v. State</u>, 199 So. 3d 384, 389 (Fla. 4th DCA 2016) (holding that, once a defendant takes the stand and his credibility becomes an issue at trial, the State can expose contradictions and improbabilities in his testimony).